UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

O

JS - 6

Case No.   ED CV 09-00004-SGL(PJWx)                           Date:  January 29, 2009

Title:   U.S. BANK NATIONAL ASSOCIATION, ET AL. -v- SARA DELGADO, ET AL.
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                               None Present
    Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                       None present

PROCEEDINGS:   ORDER SUMMARILY REMANDING MATTER TO STATE COURT

      On January 15, 2009, the Court issued an Order to Show Cause (docket # 6) directing defendant to file a response within seven days demonstrating why this matter should not be remanded to Riverside County Superior Court for lack of subject matter jurisdiction.  Defendant was specifically warned that her failure to file such a response to the Court's Order would be considered "a failure to prosecute this matter" and would "result in the summary remand of the matter to state court."  The time for defendant to file her response to the Court's Order to Show Cause has passed and no response was tendered by her.  Accordingly, the matter is hereby summarily **REMANDED** to state court.

      IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk __jh_____
CIVIL -- GEN                              1

ED CV 09-00004-SGL(PJWx)
U.S. BANK NATIONAL ASSOCIATION, ET AL. v SARA DELGADO, ET AL.
MINUTE ORDER of January 29, 2009